**ALLSTATE INDEMNITY COMPANY, an Illinois corporation, Plaintiff–Appellant,**

**v.**

**Vina STUMP, as personal representative of the Estate of Harold Stump; Vernon The Boy as personal representative of the Estate of Victor The Boy;**

---

**6.** California has no physician-patient privilege in criminal proceedings. *See* Cal. Evid.Code § 998.

and Arthur Windy Boy, Associate Judge, Chippewa Cree Tribal Court, in his official capacity only, Defendants–Appellees.

No. 97–35822.

United States Court of Appeals, Ninth Circuit.

Argued Sept. 16, 1998.

Submission deferred Sept. 28, 1998.

Resubmitted Jan. 8, 1999.

Decided Aug. 19, 1999.

Amended Sept. 13, 1999.

Second Amendment Nov. 15, 1999.

## ORDER

The opinion filed August 19, 1999, amended September 13, 1999, is further amended as follows:

At slip opinion page 9461, lines 9–14 [191 F.3d at 1073], delete "the Supreme Court there affirmed . . . only if the *Strate* futility exception applies." Substitute "the Supreme Court there held that exhaustion was not required where it is evident that the tribal court lacks jurisdiction, not that the exhaustion requirement has been abolished altogether."

Page 9461, line 18 [191 F.3d at 1073], delete "Exhaustion, however, cannot be waived."

Page 9463, lines 9–13 [191 F.3d at 1074]: delete "Generally speaking . . . been unnecessary."